

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00185-CV

**IN THE INTEREST OF T.D.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00958
Honorable Kevin Henderson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED September 13, 2024.

_____
Irene Rios, Justice